Entered: December 11th, 2024
Signed: December 10th, 2024
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

| | |
|---|---|
| IN RE:<br>MAYRA DEL CARMEN FUENTES AND<br>JAVIER A. PEREZ | BCN#: 23-17197<br>Chapter: 13 |
|     Debtors | |
| U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2007-AR1<br>or present noteholder, | CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM STAY |
|     Movant/Secured Creditor, | |
| v. | |
| MAYRA DEL CARMEN FUENTES AND<br>JAVIER A. PEREZ<br>    Debtors | |

This matter came on to be heard upon consideration of the Motion of U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2007-AR1 for Relief from Automatic Stay of 11 USC 362 (a) as to certain real property at 906 Venice Drive, Silver Spring, MD 20904; and

It appearing that the parties consent to the entry of this Order;

IT IS HEREBY ORDERED, that the automatic stay of 11 USC 362 (a) is hereby terminated so as to permit the Movant to commence foreclosure proceedings in accordance with applicable state law and pursuant to the terms of the deed of trust securing the Movant as to the real property designated as 906 Venice Drive, Silver Spring, MD 20904.

IT IS FURTHER ORDERED, that the Movant shall forbear from exercising any rights to foreclosure under applicable law as to the subject real property provided that, and so long as, the Debtors perform under the note and security instrument and complies with the following terms and conditions of this Order:

a) The Debtors shall cure the post-petition arrearage of $20,100.82, which amount includes payments from May 1, 2024 through October 1, 2024 in the amount of $2,682.90 each and November 1, 2024 in the amount of $2,754.42 each, fees and costs of $1,249.00.

b) The Debtors shall cure the arrearage of $20,100.82 by amending the Debtors' Chapter 13 plan within thirty (30) days of entry of this order. Movant will file an amended proof of claim outlining the post-petition arrearage.

c) In addition to curing the arrearage, the Debtors shall resume making regular monthly post-petition payments due under the note beginning with the payment due December 1, 2024 and each month thereafter. Payments to be made directly to Nationstar Mortgage LLC, PO Box 619094, Dallas, TX 75261-9741.

d) All payments made pursuant to this Order shall be applied first to reimburse the creditor for its attorney fees and costs (in connection with this motion), in the amount of $1,249.00. An additional amount of $100.00 may be obtained by the Secured Creditor for the attorney fees in the event that a valid Notice of Default is filed and\or Relief from the

        Automatic Stay is obtained for any reason. All further payments will be applied to the debt in the manner prescribed by the mortgage note and mortgage.

e)    If the Debtors default upon payment under the terms of this order or if any payments which have been acknowledged in the calculation of the mortgage arrearage in this order, but which subsequently fail to clear and are dishonored, then the Movant shall:

- mail to the Debtors and Debtors' counsel, and the Court, a notice setting forth the amount and nature of the default under the terms of this Order.

- the Debtors may within twelve days of mailing the notice of default submit the required payment to bring the Debtors current pursuant to the terms of this order. Any cure of a notice of default must include all amounts set forth in the notice of default as well as any payments which have subsequently accrued under the terms of this order and are due at the time the cure payment is tendered.

f)    Acceptance of partial payment by the Secured Creditor during the cure period shall not constitute a satisfaction or waiver of the notice of default; the forbearance provisions of this order shall terminate on the expiration of the twelve-day period in the absence of complete cure notwithstanding partial payment.

g)    If the default is not cured within the cure period, or if no response is filed to said notice, within twelve days of the mailing of the notice, which response denies the default specifically referencing the amounts paid by the Debtors since the entry of the Order by check, money order, and by requesting a hearing, the forbearance provisions of this order shall terminate and the Secured Creditor shall be free to foreclose its security interest, upon the mailing of a Notice, to all parties and the Court, of Secured Creditor's right to foreclose its security instrument, Subsequent to such sale, the Secured Creditor may take

all lawful actions in accordance with state law, to take possession of the property and shall, pursuant to Local Bankruptcy Rule 4001-3, provide a copy of the Report of Sale and all Audits Reports to the Bankruptcy Trustee if there is a surplus over and above the debt owed to the foreclosing noteholder.

IT IS FURTHER ORDERED AND AGREED that the Debtors' right to cure shall be limited to two (2) such opportunities and that upon the filing of a third default under the terms of the order; there shall be no further opportunity to cure and the Secured Creditor may proceed to foreclose its security interest in the subject real property.

IT IS FURTHER ORDERED AND AGREED that in the event the instant bankruptcy proceeding is dismissed, discharged or converts, this Consent Order shall be terminated and have no further force or effect.

I ask for this:

/s/Randa S Azzam
_____
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Randa Azzam, Esquire
Federal I.D. Bar No. 22474
Gregory N. Britto, Esquire
Federal I.D. Bar No. 22531
Angela M. Tonello, Esquire
Federal I.D. Bar No. 30084
Counsel for Movant
ecf@logs.com

Seen; Agreed:

/s/ Bennie Brooks
_____
Bennie Brooks, Counsel for Debtor

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order.

/s/Randa S Azzam
_____
William M. Savage, Esquire
Randa Azzam, Esquire
Gregory N. Britto, Esquire

Copies of this order are to be sent to:

MAYRA DEL CARMEN FUENTES
906 VENICE DRIVE
SILVER SPRING, MD 20904

JAVIER A. PEREZ
906 VENICE DRIVE
SILVER SPRING, MD 20904

TIMOTHY P. BRANIGAN
9891 BROKEN LAND PARKWAY
SUITE 301
COLUMBIA, MD 21046

BENNIE BROOKS
8201 CORPORATE DRIVE
SUITE 260
LANDOVER, MD 20785

LOGS LEGAL GROUP LLP
MAILING ADDRESS
10130 PERIMETER PARKWAY, SUITE 400
CHARLOTTE, NORTH CAROLINA 28216


18-278340


**END OF ORDER**