UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

| | |
|---|---|
| IN RE: | Case No.:   23-17197 |
| MAYRA DEL CARMEN FUENTES<br>JAVIER A. PEREZ<br>MAYRA DEL CARMEN FUENTES<br>JAVIER A. PEREZ | Chapter:   13 |
| Debtors | |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1 and its assignees and/or successors in interest, | |
| Movant/Secured Creditor | |
| v. | |
| MAYRA DEL CARMEN FUENTES<br>JAVIER A. PEREZ<br>MAYRA DEL CARMEN FUENTES<br>JAVIER A. PEREZ | |
| Debtors | |

NOTICE OF SECURED CREDITOR'S
RIGHT TO COMMENCE FORECLOSURE PROCEEDINGS

THE CLERK WILL PLEASE note, and those to whom this notice is directed as indicated in the certificate below, will please take notice that:

1.  The undersigned is counsel of record for U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2007-AR1, a secured creditor of the above referenced Debtor(s) whose debt is secured by real property.

2. Pursuant to the terms of the Consent Order Conditioning Stay, this Praecipe serves as the Secured Creditor's notice of its right to commence foreclosure proceedings pursuant to the deed of trust dated November 14, 2006, recorded at Liber 33388 at Page 633, among the land records for the property designated as 906 Venice Drive, Silver Spring, MD 20904, by virtue of the lifting of the stay of 11 U.S.C §362(a).

LOGS LEGAL GROUP LLP
Attorney for Movant

/s/Randa S Azzam
By: _____
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Randa Azzam, Esquire
Federal I.D. Bar No. 22474
Gregory N. Britto, Esquire
Federal I.D. Bar No. 22531
Angela M. Tonello, Esquire
Federal I.D. Bar No. 30084
LOGS LEGAL GROUP LLP
Mailing Address
10130 Perimeter Parkway, Suite 400
Charlotte, North Carolina 28216
(703) 449-5800
ECF@Logs.com
18-278340

**CERTIFICATE OF SERVICE**

I hereby certify that on the \_\_\_13th\_\_\_\_\_ day of \_\_\_March_____, \_\_\_2025\_\_\_\_ the following person(s) were served a copy of the foregoing in the manner described below:

Via CM/ECF Electronic Notice:

| | |
|---|---|
| Bennie Brooks<br>8201 Corporate Drive<br>Suite 260<br>Landover, MD 20785 | Debtor's Attorney |
| Timothy P. Branigan<br>9891 Broken Land Parkway<br>Suite 301<br>Columbia, MD 21046 | Chapter 13 Trustee |

Via First Class Mail, Postage Prepaid:

| | |
|---|---|
| Mayra Del Carmen Fuentes<br>906 Venice Drive<br>Silver Spring, MD 20904 | Debtor(s) |

Javier A. Perez
906 Venice Drive
Silver Spring, MD 20904

Mayra Del Carmen Fuentes
906 Venice Drive
Silver Spring, MD 20904

Javier A. Perez
906 Venice Drive
Silver Spring, MD 20904

/s/Randa S Azzam
_____
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Randa Azzam, Esquire
Federal I.D. Bar No. 22474
Gregory N. Britto, Esquire
Federal I.D. Bar No. 22531

Angela M. Tonello, Esquire
Federal I.D. Bar No. 30084
LOGS LEGAL GROUP LLP
Mailing Address
10130 Perimeter Parkway, Suite 400
Charlotte, North Carolina 28216
(703) 449-5800
logsecf@logs.com     18-278340